App. Div. 933, 123 N. Y. Supp. 1111; 135 N. Y. Supp. 1104.

CLEMENTS, Respondent, v. CLEMENTS, Appellant. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by Josephine Clements against J. Morgan Clements. J. S. Wise, Jr., of New York City, for appellant. C. K. Allen, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 150 App. Div. 924, 135 N. Y. Supp. 1105.

COCHRAN et al., Appellants, v. REICH et al., Respondents. (Supreme Court, Appellate Division, First Department. October 25, 1912.) Action by Eva S. Cochran and others, as executors, etc., against Elizabeth Reich and others. S. Untermyer, of New York City, for appellants. S. F. Moran, of Buffalo, for respondents. No opinion. Judgment affirmed, with costs. Settle order on notice. See, also, 138 App. Div. 906, 123 N. Y. Supp. 1111.

CODY et al. v. POWERS et al. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Appeal from Special Term, New York County. Suit by William F. Cody and another against Patrick A. Powers and another. From an order denying a motion for a preliminary injunction, plaintiffs appeal. Affirmed. George E. Joseph, of New York City, for appellants. Waldo G. Morse, of New York City, for respondents.

PER CURIAM. Without expressing an opinion on the merits as to the right of the plaintiffs to an injunction after trial, we think this order should be affirmed. Order affirmed, with $10 costs and disbursements.

COHEN, Respondent, v. LAZIER GAS ENGINE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1912.) Action by Isabella Cohen, individually and as administratrix, etc., against the Lazier Gas Engine Company. No opinion. Judgment affirmed, with costs.

COHEN, Respondent, v. LAZIER GAS ENGINE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Isabella Cohen, individually and as administratrix, etc., against the Lazier Gas Engine Company. No opinion. Motion for leave to appeal to Court of Appeals (from 137 N. Y. Supp. 1115) denied, with $10 costs.

COHEN v. MORRIS EUROPEAN & AMERICAN EXPRESS CO. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Solomon L. Cohen against the Morris European & American Express Company. No opinion. Motion denied with $10 costs. Order filed. See, also, 151 App. Div. 672, 136 N. Y. Supp. 489.

COHN, Appellant, v. ACME MOTOR CAR CO., Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Emily L. Cohn against the Acme Motor Car Company. No opinion. Judgment modified, by striking out the words "upon the merits," and, as so modified, unanimously affirmed, without costs.

COLLIER v. WEIDLICH et al. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Frances Miller Collier against August Weidlich and others. (Appeal No. 1.) No opinion. Order of the County Court of Kings County affirmed, with $10 costs and disbursements. See, also, 135 N. Y. Supp. 1105.

COLLINS et al. v. O'BRIEN et al. In re REDFIELD et al. (Supreme Court, Appellate Division, Fourth Department. October 18, 1912.) Action by Stephen Collins and another against Delia F. O'Brien and others. In the matter of the final accounting of Frank B. Redfield and another, as executors, etc., of Constance C. Redfield, deceased. No opinion. The above cases having been twice reached in their regular order, and passed, are dismissed, under rule 39 of the General Rules of Practice.

COMMISSIONERS OF PUBLIC CHARITIES v. STRAUSS. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by the Commissioners of Public Charities against John Strauss. No opinion. Motion granted. Order filed.

In re CONNELL. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of Patrick J. Connell, deceased. No opinion. Motion to dismiss appeal (from 75 Misc. Rep. 574, 136 N. Y. S. 166) granted, with $10 costs. Order filed.

In re CONNOLLY. (Supreme Court, Appellate Division, First Department. October 18, 1912.) In the matter of Catherine Connolly, as administratrix, etc., of Martin Flanagan, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

CONNOLLY, Respondent, v. HOFHEIMER et al., Appellants. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Michael P. Connolly against Nathan Hofheimer and others. J. R. Sheffield, of New York City, for appellants. H. S. Hooker, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

CONRAD, Respondent, v. CONRAD, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Reine Conrad against George Conrad. A. Pfeiffer, of New York City, for appellant. F. D. Gallatin, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted. Order filed.

CONSENTINO, Respondent, v. ILLINOIS SURETY CO., Appellant. (Supreme Court, Appellate Division, Second Department. Octo-

ber 4, 1912.) Action by Guido Consentino against the Illinois Surety Company. No opinion. Judgment and order affirmed, with costs.

CONWAY, Respondent, v. FARISH-STAFFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 1, 1912.) Action by John F. Conway against the Farish-Stafford Company. No opinion. Order affirmed, with $10 costs and disbursements.

CORBETT, Respondent, v. DIXON, Appellant. (Supreme Court, Appellate Division, Second Department. October 4, 1912.) Action by Louise K. Corbett against Laurence P. Dixon. No opinion. Judgment affirmed, with costs.

COSTELLO, Respondent, v. ERIE TRANSFER CO., Appellant. (Supreme Court, Appellate Division, First Department. November 1, 1912.) Action by Edward Costello against the Erie Transfer Company. A. D. Kneeland, of New York City, for appellant. J. A. O'Leary, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., dissents.

COYLE, Respondent, v. LINCH, Appellant. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Susan Coyle against George W. Linch, as receiver. B. Tolles, of New York City, for appellant. J. V. Bouvier, Jr., of New York City, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $15,000, in which event, judgment, as so modified, and order appealed from, affirmed, without costs. Settle order on notice.

CRAMP v. DADY et al. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by Herbert W. Cramp against Chester A. Dady and others.

PER CURIAM. Motion for new trial upon exceptions denied. The judgment in this action is final as to those parties seeking to review the same (Brown v. Feek, 204 N. Y. 238, 97 N. E. 526), and their only remedy is to appeal therefrom (Code Civ. Proc. §§ 1294, 1340).

CROSS, Respondent, v. CONEY ISLAND & B. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Anastasia Cross against the Coney Island & Brooklyn Railroad Company. No opinion. Reargument (of 137 N. Y. Supp. 993) ordered, and case set down for Monday, October 7, 1912.

CUMMING v. MIDDLETOWN, U. & W. G. R. CO. et al. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by George M. Cumming, trustee, against the Middletown, Unionville & Water Gap Railroad Company and another. No opinion. Order affirmed, with $10 costs and disbursements, without passing upon the sufficiency of the defense of the statute of limitations. See, also, 136 N. Y. Supp. 1134.

DAILEY, Respondent, v. STOLL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 16, 1912.) Action by De Ross Dailey against Daniel H. Stoll.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., and FOOTE, J., dissent, upon the grounds, first, that service of notice under the Employer's Liability Act was not waived; and, second, that if the bolt was improperly suspended, it was a detail of the work, for which defendant was not liable.